# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of : | |
| : | |
| PHILIPPE MARTINEZ, : | |
| MSR MEDIA SKN LTD., : | Case No. |
| : | |
| Applicants, for an Order Pursuant to : | |
| 28 U.S.C. § 1782 to Conduct Discovery : | |
| for Use in a Foreign Proceeding. : | |

**ORDER APPROVING APPLICATION OF PHILIPPE MARTINEZ
AND MSR MEDIA SKN LTD. PURSUANT TO 28 U.S.C. § 1782 TO
CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

This case comes before the Court on the Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding ("Application"), filed by Applicants Philippe Martinez and MSR Media SKN Ltd. The Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Damian Kelsick, and the proposed subpoenas, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Applicants' Application.

It is therefore ORDERED that Applicants are granted leave to serve the subpoenas on Standard Chartered Bank and Bank of New York Mellon in substantially similar form to Exhibit B to the Application.

IT IS SO ORDERED this ___ of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE