UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

IN RE APPLICATION OF PHILIPPE MARTINEZ, et al.,

           Applicants,

Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in
Obtaining Evidence for Use in Foreign and International
Proceedings Pending in the Nation of Saint Kitts and Nevis.
-----------------------------------------------------------------------X

24-mc-00306 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**.

    Petitioner Phillipe Martinez and Media SKN, Ltd. filed an *ex parte* application to obtain discovery from Standard Chartered Bank, New York Branch and Bank of New York Mellon for use in two proceedings in the Federation of Saint Christopher and Nevis ("St. Kitts and Nevis") pursuant to 28 U.S.C. § 1782 (the "Petition"). ECF No. 7. Timothy Harris ("Harris") filed an unopposed motion to intervene pursuant to Fed. R. Civ. P. 24, indicating that he is prepared to file an opposition to the Petition immediately. ECF No. 18.

    "To be granted intervention as of right or by permission, 'an applicant must (1) timely file an application, (2) show an interest in the action, (3) demonstrate that the interest may be impaired by the disposition of the action, and (4) show that the interest is not protected adequately by the parties to the action.'" Floyd v. City of New York, 770 F.3d 1051, 1057 (2d Cir. 2014) (quoting "R" Best Produce, Inc. v. Shulman-Rabin Mktg. Corp., 467 F.3d 238, 240 (2d Cir. 2006)). Harris argues that he has confidential financial interests in the information that the Petitioners are seeking to subpoena. Because Harris satisfies the requirements for intervention, and the Petitioners do not oppose, Harris's motion to intervene is GRANTED.

Harris is directed to file an opposition to the Petition by September 5, 2024. Any reply shall be filed by September 12, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 29, 2024
         New York, New York