UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of | : |
| | : |
| PHILIPPE MARTINEZ, | : Case No. 24-mc-306-RA-SN |
| MSR MEDIA SKN LTD., | : |
| | : |
| Applicants, for an Order Pursuant to | : |
| 28 U.S.C. § 1782 to Conduct Discovery | : |
| for Use in a Foreign Proceeding. | : |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Applicants' Motion for Leave to Withdraw Attorney Appearance, the supporting papers, and the entire record herein, it is ORDERED that the motion is GRANTED.

SO ORDERED this __18__ day of November, 2024.

_____
Hon. Ronnie Abrams
United States District Judge