UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF PHILIPPE MARTINEZ et al., <br><br>                              Applicants, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | 24-mc-306 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

       Philippe Martinez and MSR Media SKN Ltd. ("Applicants") have filed an *ex parte* application for an order authorizing them to obtain discovery pursuant to 28 U.S.C. § 1782 from Standard Chartered Bank, New York Branch and The Bank of New York Mellon ("Respondents"), for use in proceedings in the High Court of Justice in the Federation of Saint Christopher and Nevis. The Court referred this action for a report and recommendation to Magistrate Judge Netburn, who recommended granting the application with modifications. Caribbean Galaxy Real Estate Corporation, Galaxy Group, and Ying Jin (the "Caribbean Galaxy Parties") filed objections. Oral argument is scheduled for August 5, 2025.

       On June 26, 2025, the Court ordered Applicants to, among other things, "serve Respondents with the application, supporting materials, the report and recommendation, this order, their response to this order, and related filings no later than July 7, 2025." Dkt. No. 50. The Court further ordered that Respondents could file a letter or brief by July 16, 2025. *Id.* To date, the Court has not received any filing from Respondents. No later than July 21, 2025, Applicants shall file an affidavit on ECF certifying that service on Respondents has been effectuated.

SO ORDERED.

Dated:    July 18, 2025
            New York, New York

                                       Ronnie Abrams
                                       United States District Judge