UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF PHILIPPE MARTINEZ et al., <br><br> Applicants, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | 24-mc-306 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On September 2, 2025, this Court granted the application of Philippe Martinez and MSR Media SKN Ltd. ("Applicants") for an order authorizing them to obtain discovery pursuant to 28 U.S.C. § 1782 from Standard Chartered Bank, New York Branch and The Bank of New York Mellon ("Respondents"), for use in proceedings in the High Court of Justice in the Federation of Saint Christopher and Nevis. This decision adopted the report and recommendation of Magistrate Judge Netburn that the application be granted with certain modifications to the proposed subpoenas. The Court further ordered Applicants to submit a revised proposed order and subpoenas in accordance with its decision, which the Applicants so submitted on Friday, September 5, 2025.

Just yesterday, it came to the Court's attention that it may have a potential conflict with one of the Respondent banks in this matter, neither of which appeared or weighed in on this action, despite being served. Although recusal is not mandated pursuant to 28 U.S.C. § 455, and the Court does not believe it to be warranted, if either party seeks to be heard with respect to this issue, they shall file a letter no later than September 12, 2025. If no party files a letter by that date, the Court will review—and, if appropriate, sign—the Petitioners' proposed order and subpoenas.

SO ORDERED.

Dated:   September 8, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge