IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of | : |
| | : |
| PHILIPPE MARTINEZ, | : Case No. 1:24-mc-306-RA-SN |
| MSR MEDIA SKN LTD., | : |
| | : |
| Applicants, for an Order Pursuant to | : |
| 28 U.S.C. § 1782 to Conduct Discovery | : |
| for Use in a Foreign Proceeding. | : |

**ORDER APPROVING APPLICATION OF PHILIPPE MARTINEZ AND MSR MEDIA SKN LTD. PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

This case comes before the Court on the Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding ("Application"), filed by Applicants Philippe Martinez and MSR Media SKN Ltd. The Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Damian Kelsick, the related filings, and the modified subpoenas pursuant to the Court's September 2, 2025 Order Adopting Report and Recommendation, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Applicants' Application.

It is therefore ORDERED that Applicants are granted leave to serve the subpoenas on Standard Chartered Bank and Bank of New York Mellon as modified.

IT IS SO ORDERED this 20 day of January, 2026.

Ronnie Abrams
United States District Judge