UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re application of:

PHILIPPE MARTINEZ, MSR MEDIA SKN LTD.,

Applicants, for an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding.

No. 24-mc-306 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 20, 2026, the Court issued an order granting the application for an order pursuant to 28 U.S.C. § 1782.  As there are no further applications or motions pending, the Clerk of Court is respectfully ordered to close this case.

SO ORDERED.

Dated:      April 21, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge